CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 9 2010

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |  |
|---|---|---|
| JEFFERY ALLEN HART, | ) | |
| Petitioner, | ) | **Case No. 7:10CV00483** |
| v. | ) | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL JAIL, | ) | By: Glen E. Conrad **Chief United States District Judge** |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without

prejudice, and this action is stricken from the active docket of the court.   Based upon the court's

finding that the defendant has not made the requisite showing of denial of a substantial right, a

certificate of appealability is **DENIED**.

ENTER:  This 29th day of October 2010.

_____
Chief United States District Judge